COTTON v. MANUFACTURING Co.   From Mecklenburg.
*Stewart & McRae* for plaintiff, appellee; *Tillett & Guthrie*
for defendant, appellant. · *Per Curiam:* On examination of
the entire record and the charge of the judge below, the court
is of opinion that the case has been fairly presented to the
jury and there is no substantial error which entitles the de-
fendant to a new trial.   No error.   Walker, J., did not sit
on the hearing of this appeal.

HEFNER v. MANUFACTURING Co.   From Mecklenburg.
*Brevard Nixon* for plaintiff, appellant; *Tillett & Guthrie*
for defendant, appellee.   *Per Curiam:* The court has care-
fully examined the record in this case, has given the briefs
and argument of counsel full consideration and is of opin-
ion that there is no error.   Walker, J., did not sit on the
hearing of this appeal.